```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF ARKANSAS
                       HOT SPRINGS DIVISION
```

LAVENIA BANKS                                              PLAINTIFF

V.                      CIVIL NO. 15-6006

PORTFOLIO RECOVERY
ASSOCIATES, LLC, a
Virginia Corporation                                       DEFENDANT

### O R D E R

Currently before the Court is Plaintiff's Motion to Dismiss With Prejudice (doc. 14).  Upon due consideration, Plaintiff's Motion (doc. 14) is GRANTED, and her Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

IT IS SO ORDERED this 7th day of April 2015.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```